UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY MATTHEWS, on behalf of herself and others similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>LEMONADE INSURANCE CO.,<br><br>                                        Defendant. | Case No.:  25-CV-545 JLS (DDL)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND CASE**<br><br>(ECF Nos. 62, 74) |

Presently before the Court is the Parties' Joint Motion to Remand Case ("Joint Mot.," ECF No. 74).  The Parties have agreed that remanding to state court is appropriate. Joint Mot. at 1.  Accordingly, good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 74) and **REMANDS** this action to the Superior Court for the State of California, County of Diego.  The Court **DENIES AS MOOT** Defendant's Motion for Judgment on the Pleadings (ECF No. 62).  As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

   **IT IS SO ORDERED.**

Dated:  May 29, 2026

Hon. Janis L. Sammartino
United States District Judge

1

25-CV-545 JLS (DDL)